UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| WAYNE W. WIERZBICKI and<br>CHARMAINE L. WIERZBICKI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY, S.I.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Cause No. 2:21-cv-272<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter is before the court on the Stipulation for Dismissal [DE 21] filed by the parties on August 30, 2022. The court, being duly advised, hereby **GRANTS** the Stipulation [DE 21] and **DISMISSES** this cause **WITH PREJUDICE**. This case is now closed.

ENTERED this 30th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　/s/ Andrew P. Rodovich
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge